UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDY FITZHUGH,

                Plaintiff,

      -against-

CITY OF NEW YORK, ET AL.,

            Defendants.

25-CV-5871 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

On January 21, 2026, the Court received a letter from Plaintiff (ECF 7), advising the Court that he no longer wishes to pursue this action. The Court grants Plaintiff's request to voluntarily withdraw this action, and the complaint is dismissed without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to close this action.

SO ORDERED.

Dated:    February 13, 2026
          New York, New York

                   /s/ Laura Taylor Swain
                     LAURA TAYLOR SWAIN
                Chief United States District Judge